

**IT IS HEREBY ADJUDGED and DECREED that the below described is SO ORDERED.**

**Dated: October 11, 2011.**

_____
**H. CHRISTOPHER MOTT
UNITED STATES BANKRUPTCY JUDGE**
_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| MARIA LOURDES TORRES, | § | Case No. 11-30644-hcm |
| | § | Chapter 11 |
| Debtor. | § | |
| MIKE YARDENI FAMILY | § | |
| INVESTMENTS and PEACE PARTNERS | § | |
| CAR WASH, LLC, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Adv. No. 11-03016-hcm |
| | § | |
| MARIA LOURDES TORRES, | § | |
| | § | |
| Defendant. | § | |

### ORDER OF DISMISSAL

On this day came on to be considered the Plaintiffs' Motion for Dismissal of the above-entitled adversary action, and the Court, finds that the Motion is in order and should, in all things, be granted. It is therefore,

**ORDERED, ADJUDGED and DECREED** that this adversary proceeding is dismissed in its entirety.

# # #

{8561.2/HDAV/06251271.1}